An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRED DUEWEL,
Appellant,
vs.
MICHELLE KATHLEEN KROHN; AND
RICHARD MARTINEZ, JR.,
Respondents.

No. 62123

**FILED**

JUN 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

In this proper person appeal, appellant seeks to challenge an order dismissing his claims against respondents in a landlord-tenant action. The order, however, is not effective as the final judgment in the action, as it was signed only by the judge pro tempore and not by the district court judge. *See* NSTR 3(d)(4) ("A proposed judgment from a judge pro tempore is not effective until expressly approved by the district court as evidenced by the signature of the district court judge."). Moreover, no final judgment has been entered following the judge pro tempore's decision, and no statute or court rule authorizes an appeal from a decision of a judge pro tempore resolving claims in the short trial program. *See* NRAP 3A(b) (identifying orders and judgments from which an appeal may be taken); *Peck v. Crouser*, 129 Nev. ___, ___, 295 P.3d 586, 587 (2013) ("This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule."). As a result, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20694

cc: Hon. Kenneth Cory, District Judge
Robert Qualey, District Judge, Pro Tem
Fred Duewel
Michelle Kathleen Krohn
Richard Martinez, Jr.
Eighth District Court Clerk